UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*March 03, 2021*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | CASE NO. 4:21-CR- **4:21cr96** |
| **ROAIM SHAMS SHAIKH** § § | |
| **Defendant** § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Kidnapping

On or about January 24, 2021, in the Houston Division of the Southern District of Texas,

**ROAIM SHAMS SHAIKH**

defendant herein, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, carry away, and hold for otherwise the defendant's own benefit and purpose, K.R., a person who has not attained the age of eighteen years, and in committing or in furtherance of the commission of the offense, did willfully transport K.R. in interstate commerce from the State of Texas to the State of Florida.

In violation of Title 18, United States Code, §§ 1201(a) & 1201(g)(1).

1

## COUNT TWO

Transportation of Minor

On or about January 24, 2021, in the Houston Division of the Southern District of Texas,

**ROAIM SHAMS SHAIKH**

defendant herein, did knowingly transport K.R., who had not attained the age of 18 years, in interstate commerce, from the State of Texas to the State of Florida, with the intent that K.R. engage in sexual activity for which any person could be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2423(a).

A TRUE BILL:

**Original Signature on File**
FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
Acting United States Attorney

BY: _____
MATTHEW R. PENEGUY
Assistant United States Attorney